No. 05–7925. BACA SANCHEZ v. KERN COUNTY FIRE DEPARTMENT ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 05–7927. SANDERS v. PARRISH ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–7930. SERRANO v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–7931. MUNDO v. COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS. Sup. Ct. N. Mar. I. Certiorari denied.

No. 05–7934. OVERTON v. BURGER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–7936. LOPEZ, FKA GONZALEZ v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 05–7940. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–7943. EPPERSON v. IRVINE. C. A. 8th Cir. Certiorari denied.

No. 05–7944. DECAY v. DAVIS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 05–7959. LIGGINS v. BURGER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 05–7964. TOLLIVER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 05–7967. NEELY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 05–7969. RUNNELS v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 05–7971. SHELBY v. NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 05–7974. MATA v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.